461 A.2d 889

Mayercheck, Appellant v. Mayercheck.

Argued April 27, 1983.  Joseph Mayercheck, appellant, in propria persona;  Gordon D. Fisher, for appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Appeal dismissed as moot.

461 A.2d 890

Smythe, et ux. v. Pedersen, et al.

Appeal of Quincy C. Norwood.

Argued April 5, 1983.  John Philip Diefenderfer, for appellant;  Robert A. Godwin, for Smythe, appellees;  Ronald L. Stockham, for Pedersen, appellees;  Francis J. Sullivan, for Fidelity, appellees.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The order of the lower court is affirmed.